# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140732(91)

NAOMI WELCH,
　　　　　Plaintiff-Appellee,

v

ELIE G. KHOURY, M.D.,
　　　　　Defendant-Appellant,

and

CHRISTOPHER ESSHAKI, CHUNG K. KIM,
M.D., and ST. MARY'S MERCY HOSPITAL,
　　　　　Defendants.
_____

SC: 140732
COA: 285106
Wayne CC: 05-522354-NH

　　　　On order of the Chief Justice, a stipulation signed by counsel for the parties is considered, and the motion for reconsideration is DISMISSED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk